■ In the Matter of STEVEN J. MANDEL (Admitted as STEVEN JAY MANDEL), an Attorney. [677 NYS2d 461] —Application granted, and the Hearing Panel's Findings and Recommendations confirmed, and respondent publicly censured. No opinion.

Concur—Sullivan, J. P., Milonas, Rubin, Williams and Andrias, JJ.